IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QUINCY BERNARD JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 5:21-CV-351 (MTT) |
| FEATHERSTONE HOMEOWNERS ASSOCIATION, | ) ) ) ) |
| Defendant. | ) ) |

### ORDER

The Court granted pro se Plaintiff Quincy Bernard Jones leave to proceed *in forma pauperis* and allowed his Fair Housing Act failure-to-accommodate claim to proceed following frivolity review. Doc. 3. Jones now moves for summary judgment on that claim before Defendant Featherstone Homeowners Association has filed an answer or otherwise responded to the complaint. Doc. 12. "As a general rule summary judgment should not be granted until the opposing party has had an adequate opportunity to conduct discovery." *Reflectone, Inc. v. Farrand Optical Co.*, 862 F.2d 841, 843 (11th Cir. 1989). In this case, there has been no discovery. Featherstone was only served with the complaint on February 18, 2022, making their response due March 11, 2022. Doc. 14. Accordingly, Jones's motion for summary judgment is premature and that motion (Doc. 12) is **DISMISSED without prejudice**. Featherstone's request for an extension of time (Doc. 15) to respond to that motion is **DISMISSED** as moot.

**SO ORDERED**, this 9th day of March, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT