IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QUINCY BERNARD JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:21-CV-351 (MTT) |
| FEATHERSTONE HOMEOWNERS ASSOCIATION, | ) ) ) ) |
| Defendant. | ) ) |

# ORDER

The Court granted pro se Plaintiff Quincy Bernard Jones leave to proceed *in forma pauperis* and allowed his Fair Housing Act failure-to-accommodate claim to proceed following frivolity review.  Doc. 3.  Jones now moves for appointment of counsel.  Doc. 22.  "Appointment of counsel in a civil case is not a constitutional right." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (citation omitted).  Rather, "it is a privilege that is justified only by exceptional circumstances." *Id.* (citation omitted).  At the scheduling conference held on April 20, 2022, Jones was able to communicate with the Court effectively and intelligently.  Furthermore, he demonstrated a familiarity with the Federal Rules of Civil Procedure and an understanding of the discovery process.  Jones has not shown the existence of exceptional circumstances necessary to justify the appointment of counsel in his civil case.  Accordingly, Jones' motion (Doc. 22) is **DENIED**.

Jones also renewed his motion for summary judgment.  Doc. 20.  As the Court previously stated, "summary judgment should not be granted until the opposing party has had an adequate opportunity to conduct discovery."  Doc. 16 (quoting *Reflectone,*

-2-

*Inc. v. Farrand Optical Co.*, 862 F.2d 841, 843 (11th Cir. 1989)).  Accordingly, Defendant Featherstone Homeowners Association shall have until the close of discovery on October 17, 2022, to respond to that motion.

**SO ORDERED**, this 20th day of April, 2022.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT